Samuel Henderson (SBN: 279717)
Henderson Consumer Law
henderson@hendersonconsumerlaw.com
185 W. F St. STE 100-J
San Diego, CA 92101
Tel: (760) 575-4594
Fax: (760) 688-3732

Alara T. Chilton (SBN 236711)
alarachilton@gmail.com
185 W. F St. STE 100-J
San Diego, CA 92101
Tel: (619) 672-7201
Fax:619) 924-7354

Attorneys for Plaintiff,
Martin Bellamy

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. BELLAMY<br>　　　　Plaintiff,<br><br>vs.<br><br>VENGROFF WILLIAMS, INC., a Florida corporation; NCC BUSINESS SERVICES, INC., a Florida corporation; AMERICREDIT FINANCIAL SERVICES INC., a Delaware corporation *doing business as* GM FINANCIAL; and DOES 1 through 10<br>　　　　Defendant(s). | CASE NO. **16CV1824 L BLM**<br><br>**NOTICE OF SETTLEMENT** |

{00042156;1}

1

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

PLEASE TAKE NOTICE that this action has been settled as to Defendant Americredit Financial Services, Inc, *dba* GM Financial ("Defendant"). The parties anticipate that they will complete the settlement, and file a Joint Motion to Dismiss the action against Defendant within 45 days from the date of this notice.

In light of the settlement the parties respectfully request that the Court take off calendar all future hearing dates in this case.

DATED: November 14, 2016  HENDERSON CONSUMER LAW

By: /s/ Samuel Henderson
Samuel Henderson
Attorney for Plaintiff,
Martin Bellamy