UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. BELLAMY,<br><br>  Plaintiff,<br><br>v.<br><br>VENGROFF WILLIAMS, INC., et al.<br><br>  Defendants. | Case No.:  3:16-cv-01824-L-BLM<br><br>**ORDER OF DISMISSAL** |

　　Pursuant to Plaintiff's to Dismiss under Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses Defendant Vengroff Williams, Inc., with prejudice.  Each party to bear their own costs.

Dated:  November 21, 2016

_____
Hon. M. James Lorenz
United States District Judge