UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN V. BELLAMY,<br><br>                              Plaintiff,<br><br>v.<br><br>VENGROFF WILLIAMS, INC., et al.<br><br>                              Defendants. | Case No.:  3:16-cv-01824-L-BLM<br><br>**ORDER OF DISMISSAL** |

Pursuant to Plaintiff's Joint Motion [Doc. 31] to Dismiss under Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses Defendant Americredit Financial Services, Inc. and its counterclaim against Plaintiff Bellamy.  Each party to bear their own costs.

Dated:  November 22, 2016

Hon. M. James Lorenz

United States District Judge